# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Patent Armory Inc.,** | Case No. 1:24-cv-02816-KPF |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Oscar Health, Inc.,** | |
| Defendant. | |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Patent Armory Inc. ("Plaintiff") and Defendant Oscar Health, Inc. ("Defendant") hereby stipulate to dismiss all claims against Defendant WITH PREJUDICE and all counterclaims against Plaintiff WITHOUT PREJUDICE.

Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: May 22, 2024

Respectfully submitted,

Isaac Rabicoff
Rabicoff Law LLC
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Patent Armory Inc.**

1

By: /s/ *Excylyn Hardin Smith*

Excylyn J. Hardin-Smith
New York Bar No. EHS7780
hardin-smith@fr.com
7 Times Square, 20th Floor
New York, New York 10036
(212) 765-5070 – Telephone
(212) 258-2291 – Facsimile

Neil J. McNabnay, admitted *pro hac vice*
Texas Bar No. 24002583
Lance E. Wyatt, *pro hac vice*
Texas Bar No. 24093397
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 (Telephone)
mcnabnay@fr.com
wyatt@fr.com

**Counsel for Defendant
Oscar Health, Inc**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on May 22, 2024 via the Court's CM/ECF system.


/s/ Isaac Rabicoff
Isaac Rabicoff