**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Patent Armory Inc.,** | Case No. 1:24-cv-02816-KPF |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Oscar Health, Inc.,** | |
| Defendant. | |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL**

The request to dismiss all claims against Defendant Oscar Health, Inc. WITH

PREJUDICE and all counterclaims against Plaintiff Patent Armory Inc. WITHOUT

PREJUDICE is hereby GRANTED.

Each party shall bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

**SIGNED** this day 23 of     May     2024.

_____
HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE